ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Brian M. Wheeler          State Bar No. 266661
   BWheeler@aalrr.com
Jon Ustundag              State Bar No. 330133
   Jon.Ustundag@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Plaintiff
The Alterian Ghost Factory, Inc. dba Alterian, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE ALTERIAN GHOST FACTORY, INC. dba ALTERIAN, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EASTER UNLIMITED, INC. dba FUN WORLD, a New York corporation, PARAMOUNT PICTURES CORP., a Delaware corporation, SPYGLASS MEDIA GROUP, LLC, a Delaware limited liability company, and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:26-cv-01260-JFW-PVC<br>[Filed February 6, 2026]<br><br>**NOTICE OF RELATED CASE IN A CIVIL ACTION**<br><br>[CIV. L.R. 83-1.3.1]<br><br>RELATED CASE:<br><br>CASE NO. 2:26-cv-01235-SPG-BFM<br>[Filed February 6, 2026] |

NOTICE OF RELATED CASE

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.3.1, notice is hereby given that the following cases pending in the Central District of California are related:

*The Alterian Ghost Factory, Inc. v. Easter Unlimited, Inc., et al.*

Case No. 2:26-cv-01260-JFW-PVC, filed February 6, 2026

*Spyglass Media Group, LLC, et al. v. The Alterian Ghost Factory, Inc.*

Case No. 2:26-cv-01235-SPG-BFM, filed February 6, 2026

## I. **Applicable Standard under Civil L.R. 83-1.3.1**

Under Civil Local Rule 83-1.3.1, an action is related to another whenever two or more civil cases filed in this District:

(a) arise from the same or a closely related transaction, happening, or event;

(b) call for determination of the same or substantially related or similar questions of law and fact; or

(c) for other reasons would entail substantial duplication of labor if heard by different judges.

That cases may involve the same patent, trademark, or copyright does not, by itself, constitute a circumstance contemplated by (a), (b), or (c).

The Notice of Related Cases must include a brief factual statement that explains how the cases in question are related under the foregoing factors. All facts that appear relevant to such a determination must be set forth.

## II. **Related Cases**

The cases are related in each of the following respects:

1. *Spyglass Media Group, LLC, et al. v. The Alterian Ghost Factory, Inc.*, Case No. 2:26-cv-01235-SPG-BFM, filed February 6, 2026, (the "Declaratory Relief Action") seeks a declaration that plaintiffs are not liable for copyright infringement of the work titled *Wailer* (the "Work"), which is the subject of U.S. Copyright Registration No. VA 2-370-271 (the "Copyright Registration") and that defendant is barred from seeking or obtaining injunctive relief or other equitable relief against

plaintiffs in connection with the infringement of the Work.

2. *The Alterian Ghost Factory, Inc. v. Easter Unlimited, Inc., et al.*, Case No. 2:26-cv-01260-JFW-PVC, filed February 6, 2026, (the "Copyright Infringement Action") includes the same parties in the Declaratory Relief Action and seeks relief for copyright infringement of the Work and to enforce the Copyright Registraion against the parties that filed the Declaratory Relief Action, among others.

### III. Conclusion

The Declaratory Relief Action and the Copyright Infringement Action are disputes among overlapping parties that arose out of the same facts and involve related claims and thus are related for purposes of Local Rule 83-1.3.

Dated: February 20, 2026       ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Brian M. Wheeler*
Brian M. Wheeler
Jon Ustundag
Attorneys for Plaintiff
The Alterian Ghost Factory, Inc. dba Alterian, Inc.