UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-01235-SPG-BFM<br>2:26-cv-01260-SPG-BFM | Date | May 8, 2026 |
|---|---|---|---|
| Title | The Alterian Ghost Factory, Inc. v. Easter Unlimited, Inc. et al.<br>Spyglass Media Group LLC et al v. The Alterian Ghost Factory, Inc. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

On February 6, 2026, Plaintiff Spyglass Media Group, LLC ("Spyglass") and Paramount Pictures Corporation ("Paramount") filed a complaint against Defendant The Alterian Ghost Factory, Inc. ("Alterian"), requesting a declaratory judgment that Spyglass and Paramount have not infringed on Alterian's copyright over the "Ghostface" mask featured in the Scream movie franchise. *See* Complaint, *Spyglass Media Group, LLC v. The Alterian Ghost Factory, Inc. ("Spyglass")*, Case No. 2:26-cv-01235-SPG-BFM, ECF No. 1 (C.D. Cal. Feb. 6, 2026). On the same day, Alterian filed a complaint alleging that Paramount, Spyglass, and Easter Unlimited, Inc. have infringed on the "Ghostface" mask. *See* Complaint, *The Alterian Ghost Factory, Inc. v. Easter Unlimited, Inc. ("Easter")*, Case No. 2:26-cv-01260-SPG-BFM, ECF No. 1 (C.D. Cal. Feb. 6, 2026).

The Court set a status conference in both cases to discuss case management and the possibility of consolidation. *See* Minute Order, *Spyglass*, ECF No. 15 (C.D. Cal. Mar. 27, 2026); Minute Order, *Easter*, ECF No. 20 (C.D. Cal. Mar. 27, 2026). In both cases, the parties have now filed a Joint Status Report, indicating that they have resolved their dispute and intend to file stipulated notices of dismissal. *See* Status Report, *Spyglass*, ECF No. 18 (C.D. Cal. May 6, 2026); Status Report, *Easter*, ECF No. 23 (C.D. Cal. May 6, 2026). In light of the Status Reports, all pending dates are vacated, and the parties are ORDERED to show cause in writing, on or before June 10, 2026, why the Court should not dismiss these actions. Failure to file a response shall be deemed consent to dismissal.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg

Page **1** of **1**